IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br>Plaintiff, | CV 15–54–M–DLC |
| v. | ORDER |
| CHRISTOPHER SAVAGE, et al.<br>Federal Defendants, | |
| and | |
| KOOTENAI FOREST STAKEHOLDERS COALITION, et al.<br>Defendant-Intervenors | |

Before the Court is the parties' Joint Status Report Regarding Remedy and Proposed Schedule. The Court adopts the proposed schedule and enters the following order for remedy briefing: Plaintiff shall file a motion to vacate the Record of Decision on or before **September 28, 2018**. Federal Defendants' and Defendant-Intervenors' separate responses are due on or before **October 25, 2018**. Plaintiff's reply is due on or before **November 22, 2018**.

IT IS SO ORDERED.

-1-

DATED this 29th day of August, 2018.

_Dana L. Christensen_
Dana L. Christensen, Chief Judge
United States District Court