UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CHRISTOPHER SAVAGE, Kootenai National Forest Supervisor; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>KOOTENAI FOREST STAKEHOLDERS COALITION, a Montana Corporation; LINCOLN COUNTY, a political subdivision of the State of Montana,<br><br>        Intervenor-Defendants - Appellees. | No. 16-35589<br><br>D.C. No. 9:15-cv-00054-DLC<br>U.S. District Court for Montana, Missoula<br><br>**MANDATE** |

The judgment of this Court, entered July 26, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7