**FILED**

OCT 5 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SAVAGE, Kootenai National Forest Supervisor, FAYE KRUEGER, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICES, an agency of the U.S. Department of Agriculture, and UNITED STATES FISH & WILDLIFE SERVICE, an agency of the U.S. Department of the Interior,<br><br>Defendants.<br><br>and<br><br>KOOTENAI FOREST STAKEHOLDER COALITION, a Montana Corporation, and LINCOLN COUNTY, a political subdivision of the State of Montana,<br><br>Defendant-Intervenors. | CV 15–54–M–DLC<br><br>ORDER |

Before the Court is the Federal Defendants' Unopposed Motion to Stay

Briefing on Plaintiff's Motion for Attorney Fees & Other Expenses. (Doc. 95.)

-1-

IT IS ORDERED that the motion (Doc. 95) is GRANTED. Federal Defendants' response to Plaintiff's pending fee motion (Doc. 92) is stayed until 44 days after the Court's ruling on the pending motion to vacate (Doc. 93). If warranted, Plaintiff may file a motion for supplemental fees within 14 days of the Court's ruling on the motion to vacate. If the parties are not able to reach a recommended settlement on Plaintiff's total request for fees, Defendants will respond to the pending fee motion and additional fee motion (if filed) 44 days after the Court's ruling on the motion to vacate. Plaintiff may file a reply to the additional fee motion 14 days after Defendants' response.

DATED this 5th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court